**EXHIBIT 1**

# NEW ORLEANS POLICE DEPARTMENT

INCIDENT REPORT
☒ SUPPLEMENTAL REPORT  PAGE 1 OF 6

1. ITEM NUMBER K-33291-93

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST. | 6. SECTOR | |
|---|---|---|---|---|---|
| 30 | HOMICIDE & ATTEMPT Homicide | 11-21-93 1045 P | 2 | 214 | ☒ CFB |

7. LOCATION OF OCCURRENCE: 8412 PALM ST
8. DATE/TIME OF REPORT: 11-22-93 239 A
9. ZONE/SUBZONE: TOZ
10. WEATHER: 1
11. TEMP: 50
12. LIGHTING: G
13. BULLETIN REQ'D: ☒ NO

**WITNESS/REPORTING PERSON/VICTIM**

14. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED: WILLIAMS, WILLIE PETER (LAST NAME) (FIRST NAME) (MIDDLE NAME)
RACE: N  SEX: M  DATE OF BIRTH: ▮▮-26
VICTIM'S RACE/SEX: ☐ 801 WHITE ☒ 802 BLACK ☐ 803 OTHER ☒ 810 MALE ☐ 811 FEMALE
15. HOME ADDRESS: 8414 PALM
17. HOME PHONE: UNK
18. DRIVER'S LICENSE: UNK
OCCUPATION: NONE
19. BUSINESS ADDRESS: UNK
20. BUSINESS PHONE: UNK
21. SOC. SECURITY NO.: UNK
13. RESIDENCE STATUS: ☒ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS
22. SOBRTY: 5  INJURY: 1  TYPE INJURY: GUNSHOT TO LEFT LEG  TREATED: 3  MEDICAL: 2  TRANS: 2  23. TRANS. TO: CHARITY  24. DOCTOR/CORONER: SCOTT SULLIVAN

25. NAME ☒ VICTIM ☐ REPORTING PERSON ☒ WITNESS ☐ PERSON INTERVIEWED: HARRIS, DARREN (LAST NAME) (FIRST NAME) (MIDDLE NAME)
RACE: N  SEX: M  DATE OF BIRTH: ▮▮-75
VICTIM'S RACE/SEX: ☐ 801 WHITE ☒ 802 BLACK ☐ 803 OTHER ☒ 810 MALE ☐ 811 FEMALE
27. HOME ADDRESS: 3333 EAGLE
28. HOME PHONE: UNK
29. DRIVER'S LICENSE: UNK
OCCUPATION: NONE
30. BUSINESS ADDRESS: NONE
31. BUSINESS PHONE: UNK
32. SOC. SECURITY NO.: ▮▮▮▮▮
26. RESIDENCE STATUS: ☒ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS
33. SOBRTY: 5  INJURY: 7  TYPE INJURY: X  TREATED: X  MEDICAL: X  TRANS: X  34. TRANS. TO: X  35. DOCTOR/CORONER: X

36. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED: BRUMFIELD, GERARD (LAST NAME) (FIRST NAME) (MIDDLE NAME)
RACE: N  SEX: M  DATE OF BIRTH: ▮▮-77
VICTIM'S RACE/SEX: ☐ 801 WHITE ☒ 802 BLACK ☐ 803 OTHER ☒ 810 MALE ☐ 811 FEMALE
38. HOME ADDRESS: 3616 EAGLE # 4
41. BUSINESS ADDRESS: NONE
39. HOME PHONE: UNK
40. DRIVER'S LICENSE: UNK
OCCUPATION: NONE
42. BUSINESS PHONE: X
43. SOC. SECURITY NO.: UNK
37. RESIDENCE STATUS: ☒ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS
44. SOBRTY: 5  INJURY: 7  TYPE INJURY: X  TREATED: X  MEDICAL: X  TRANS: X  45. TRANS. TO: X  46. DOCTOR/CORONER: X

**NUMBER OF ARRESTS**

1

47. NAME OF ARRESTEE: WILLIAMS, DWAYNE
RACE: N  SEX: M  DATE OF BIRTH: ▮▮-71
48. RIGHTS WAIVED: ☐ YES ☒ NO  FORM NUMBER: 188726
49. ADDRESS: 7727 SPRUCE
50. DATE/TIME ARREST: 11-22-93 15 AM
51. ARREST CREDIT: 01
52. RIGHTS ADVISED BY: TALLANT
53. ARREST LOCATION: 1727 BURDETTE
54. DIST: 2  55. ZONE: L  56. RELAT: 10  57. TRANS UNIT: 212  58. TRANSPORTED BY: TALLANT/McCAFFERY
59. SOBRTY: 1  INJURY: 7  TYPE INJURY: X  TREATED: X  MEDICAL: X  TRANS: X  60. TRANS. TO: X  61. DOCTOR/CORONER: X

MUNICIPAL ☐  STATE ☒  JUVENILE ☐  ALIAS: X  SOCIAL SECURITY: UNK  MAGISTRATE DATE: X  TIME: X

62. CHARGES/COMMENTS: "SEE GIST"
PROPERTY/EVIDENCE RECEIPT: ☐ YES ☒ NO  CONTROL #

**ARRESTED SUBJECT**

R.S. 14.30.1 RELATIVE TO FIRST DEGREE MURDER.

R.S. 14.27/30.1 RELATIVE TO ATTEMPTED FIRST DEGREE MURDER (6 COUNTS)

NAME (PRINT) _____  ADDRESS (PRINT) _____  (DATE & TIME) _____  RELATIONSHIP _____

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT) _____  SIGNATURE _____  CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I – Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND |
| 2. CLOUDY | G – GOOD | S – Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/RELEASED | 2. OTHER EMS | 2. FATHER |
| 3. RAIN | | N – Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DA |
| 4. SNOW | F – FAIR | W – White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHE |
| 5. FOG | | O – Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLO |
| 6. OTHER | P – POOR | X – OTHER | | 6. Minor | | | 6. FRIEND |
| | | | | 7. No Injury | | | |

63. DETECTIVE: W. TAMBOLELLA – 2441
64. TECHNICIAN:
65. EMS/TOW/OTHER:
66. REPORTING OFFICER: JOEL E. TALLANT  BADGE 1987
67. REPORTING OFFICER: SEAN McCAFFERY  BADGE 519  68. CAR 212
SUPERVISOR: SGT. J. SIMPSON

EXHIBIT 4  ALL-STATE LEGAL®

# NEW ORLEANS POLICE DEPARTMENT

☐ INCIDENT REPORT  PAGE 3 OF 6
☒ SUPPLEMENTAL REPORT

1. ITEM NUMBER: K-33193-93

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST. | 6. SECTOR | |
|---|---|---|---|---|---|
| 30 | HOMICIDE + ATTEMPT HOMICIDE | 11-21-93 10:45 PM | 2 | 214 | ☐ SELF INITIATED  ☐ FLAGGED DOWN  ☒ CFS |

7. LOCATION OF OCCURRENCE: 8413 PALM

| 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP. | 12. LIGHTING | 13. BULLETIN REQ'D. |
|---|---|---|---|---|---|
| 11-22-93 2:39 | B TO 7 | 1 | 50 | G | ☐ YES  ☒ NO |

**WITNESS/REPORTING PERSON/VICTIM**

| 14. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| DANIELS, CHARLES (LAST NAME) (FIRST NAME) (MIDDLE NAME) | N | M | ████ 74 | ☐ 801 WHITE  ☒ 802 BLACK  ☐ 803 OTHER  ☒ 810 MALE  ☐ 811 FEMALE |

| 16. HOME ADDRESS | 17. HOME PHONE | 18. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 8914 HERSHEY | UNK | UNK | NONE |

| 19. BUSINESS ADDRESS | 20. BUSINESS PHONE | 21. SOC. SECURITY NO. | 15. RESIDENCE STATUS |
|---|---|---|---|
| NONE | UNK | ████ | ☒ 830 N.O. RESIDENT  ☐ 832 TOURIST  ☒ 831 METRO RESIDENT  ☐ 833 BUSINESS |

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS. | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 5 | 7 | X | 2 | X | X | X | X |

| 25. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| WILLIAMS, DAVID (LAST NAME) (FIRST NAME) (MIDDLE NAME) | N | M | ████ 71 | ☐ 801 WHITE  ☒ 802 BLACK  ☐ 803 OTHER  ☒ 810 MALE  ☐ 811 FEMALE |

| 27. HOME ADDRESS | 28. HOME PHONE | 29. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 4739 PALMYRA | 486-2020 | UNK | NONE |

| 30. BUSINESS ADDRESS | 31. BUSINESS PHONE | 32. SOC. SECURITY NO. | 26. RESIDENCE STATUS |
|---|---|---|---|
| NONE | X | ████ | ☒ 830 N.O. RESIDENT  ☐ 832 TOURIST  ☐ 831 METRO RESIDENT  ☐ 833 BUSINESS |

| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS. | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 5 | 7 | X | X | X | X | X | X |

| 36. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| UNKNOWN "SKY" (LAST NAME) (FIRST NAME) (MIDDLE NAME) | N | M | 41 Y.O. | ☐ 801 WHITE  ☐ 802 BLACK  ☐ 803 OTHER  ☒ 810 MALE  ☐ 811 FEMALE |

| 38. HOME ADDRESS | 39. HOME PHONE | 40. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| UNK | UNK | UNK | UNK |

| 41. BUSINESS ADDRESS | 42. BUSINESS PHONE | 43. SOC. SECURITY NO. | 37. RESIDENCE STATUS |
|---|---|---|---|
| UNK | UNK | UNK | ☐ 830 N.O. RESIDENT  ☐ 832 TOURIST  ☐ 831 METRO RESIDENT  ☐ 833 BUSINESS |

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS. | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 5 | 2 | GUNSHOT WOUND TO REAR OF HEAD AND BACK | 3 | 2 | 2 | CHARITY | KEITH VAN METER |

**NUMBER OF ARRESTS**

| 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED  ☐ YES ☐ NO | FORM NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| 49. ADDRESS | 50. DATE/TIME ARREST | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY |
|---|---|---|---|
| | | | |

| 53. ARREST LOCATION | 54. DIST. | 55. ZONE | 56. RELAT | 57. TRANS. UNIT | 58. TRANSPORTED BY |
|---|---|---|---|---|---|
| | | | | | |

| 59. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS. | 60. TRANS. TO | 61. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**ARRESTED SUBJECT**

| MUNICIPAL ☐ | STATE ☐ | JUVENILE ☐ | ALIAS | SOCIAL SECURITY | MAGISTRATE DATE | TIME |
|---|---|---|---|---|---|---|

62. CHARGES/COMMENTS

PROPERTY/EVIDENCE RECEIPT  ☐ YES  ☐ NO  CONTROL #

NAME (PRINT)        ADDRESS (PRINT)        (DATE & TIME)        RELATIONSHIP

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT)        SIGNATURE  CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM | |
|---|---|---|---|---|---|---|---|---|
| 1. CLEAR | G – GOOD | I – Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| 2. CLOUDY | | S – Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/ RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| 3. RAIN | F – FAIR | N – Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGER (KNOWN TO AREA) |
| 4. SNOW | | W – White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHER/SISTER | |
| 5. FOG | P – POOR | O – Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | 10. COMPLETE STRANGER |
| 6. OTHER | | X – OTHER | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | |
| | | | | 7. No Injury | | | | |

**ADM**

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| TAMBORELLA 3441 | | | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| JOEL TALIANT | 1987 | SEAN McCAFFERY | 519 | 212 | |

**NEW ORLEANS POLICE DEPARTMENT**  INCIDENT REPORT ☐ / SUPPLEMENTAL REPORT ☒  PAGE 4 OF 6  1 ITEM NUMBER: K-33292-93

| EVENT | 2. SIGNAL | 3. INCIDENT | | 4. DATE/TIME OCCURRED | 5. DIST. | 6. SECTOR | | |
|---|---|---|---|---|---|---|---|---|
| | 30 | HOMICIDE & ATTEMPTED HOMICIDE | | 11-21-93 10:45 | 2 | 214 | ☐ SELF INITIATED ☐ FLAGGED DOWN ☒ OFF | |

7. LOCATION OF OCCURRENCE: 8411 PALM ST    8. DATE/TIME OF REPORT: 11-21-93 2:34    9. ZONE/SUBZONE: TAI    10. WEATHER: 1    11. TEMP: 50    12. LIGHTING: G    13. BULLETIN REQD. ☐ YES ☒ NO

| WITNESS/REPORTING PERSON/VICTIM | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. NAME ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | | RACE: N | SEX: M | DATE OF BIRTH: ███ -75 | VICTIM'S RACE/SEX ☐ 801 WHITE ☒ 802 BLACK ☐ 803 OTHER ☒ 810 MALE ☐ 811 FEMALE | | |
| WILLIAM, FREDRICK (LAST NAME) (FIRST NAME) (MIDDLE NAME) | | | | | | | |
| 16. HOME ADDRESS: 4914 ½ EDINBURGH | | 17. HOME PHONE: 488-5744 | 18. DRIVER'S LICENSE: UNK | OCCUPATION: NONE | | | |
| 19. BUSINESS ADDRESS: X | | 20. BUSINESS PHONE: X | 21. SOC. SECURITY NO.: ███ | 15. RESIDENCE STATUS: ☒ 830 N O RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS | | | |
| 22. SOBRTY: 5 | INJURY: 7 | TYPE INJURY: ✓ | TREATED: 2 | MEDICAL: ✓ | TRANS: ✓ | 23. TRANS. TO: ✓ | 24. DOCTOR/CORONER: ✓ |

| 25. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX ☐ 801 WHITE ☐ 802 BLACK ☐ 803 OTHER ☐ 810 MALE ☐ 811 FEMALE | | |
|---|---|---|---|---|---|---|---|
| (LAST NAME) (FIRST NAME) (MIDDLE NAME) | | | | | | | |
| 27. HOME ADDRESS | | 28. HOME PHONE | 29. DRIVER'S LICENSE | OCCUPATION | | | |
| 30. BUSINESS ADDRESS | | 31. BUSINESS PHONE | 32. SOC. SECURITY NO. | 26. RESIDENCE STATUS ☐ 830 N O RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS | | | |
| 33. SOBRTY | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS. | 34. TRANS. TO | 35. DOCTOR/CORONER |

| 36. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX ☐ 801 WHITE ☐ 802 BLACK ☐ 803 OTHER ☐ 810 MALE ☐ 811 FEMALE | | |
|---|---|---|---|---|---|---|---|
| (LAST NAME) (FIRST NAME) (MIDDLE NAME) | | | | | | | |
| 38. HOME ADDRESS | | 39. HOME PHONE | 40. DRIVER'S LICENSE | OCCUPATION | | | |
| 41. BUSINESS ADDRESS | | 42. BUSINESS PHONE | 43. SOC. SECURITY NO. | 37. RESIDENCE STATUS ☐ 830 N O RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS | | | |
| 44. SOBRTY | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |

| NUMBER OF ARRESTS | | | | | |
|---|---|---|---|---|---|
| 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 49. RIGHTS WAIVED ☐ YES ☐ NO | FORM NUMBER |
| 48. ADDRESS | 50. DATE/TIME ARREST | | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY | |
| 53. ARREST LOCATION | 54. DIST. | 55. ZONE | 56. RELAT | 57. TRANS. UNIT | 58. TRANSPORTED BY |
| 59. SOBRTY  INJURY  TYPE INJURY | TREATED | MEDICAL | TRANS. | 60. TRANS TO | 61. DOCTOR/CORONER |

| ARRESTED SUBJECT | |
|---|---|
| MUNICIPAL ☐  STATE ☐  JUVENILE ☐  ALIAS | SOCIAL SECURITY  MAGISTRATE DATE  TIME |
| 62. CHARGES/COMMENTS | PROPERTY/EVIDENCE RECEIPT ☐ YES ☐ NO  CONTROL # |

NAME (PRINT)    ADDRESS (PRINT)    (DATE & TIME)    RELATIONSHIP
HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT)    SIGNATURE _____ CUSTODIAN

| CODES | WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM | |
|---|---|---|---|---|---|---|---|---|---|
| | 1. CLEAR | | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| | 2. CLOUDY | G — GOOD | S — Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/ RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| | 3. RAIN | | N — Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGER |
| | 4. SNOW | F — FAIR | W — White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHER/SISTER | (KNOWN TO AREA) |
| | 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | 10. COMPLETE |
| | 6. OTHER | P — POOR | X — OTHER | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | STRANGER |
| | | | | | 7. No Injury | | | | |

| ADM | 63. DETECTIVE: W. TAMBORELLA 3441 | 64. TECHNICIAN: X | 65. EMS / TOW / OTHER: X | 69. ACCESS NUMBER | |
|---|---|---|---|---|---|
| | 66. REPORTING OFFICER: JOEL TALLANT 1987 | BADGE | 67. REPORTING OFFICER: SEAN McCAFFERY 519 | BADGE  68. CAR: 212 | SUPERVISOR |

| NOPD SIGNAL | NEW ORLEANS POLICE DEPARTMENT UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | | | SUPP STATE COMPUTER NUMBER | | |
|---|---|---|---|---|---|---|
| 30 | | | | | | |
| PAGE 5 OF 6 | | | | NOPD ITEM NUMBER K-33293-93 | | |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|

"NARRATIVE"

ON 11-22-93 AT ABOUT 1:00 AM OFFICERS JOEL TALLANT AND SEAN McCAFFERY, CAR 212, WERE REQUESTED BY DETECTIVE TAMBORELLA, CAR 3441, OF C.I.B. TO MEET HIM AT THE INTERSECTION OF GREEN AND BURDETTE TO ASSIST HIM, ALONG WITH OTHER C.I.B. DETECTIVES, IN APPREHENDING THE ARRESTED SUBJECT, DWAYNE WILLIAMS.

UPON ARRIVAL ON 11-22-93 AT ABOUT 1:05 AM THE OFFICERS CONTACTED DETECTIVE TAMBORELLA WHO INFORMED THEM THAT A VICTIM OF THE ATTEMPTED MURDER KNEW ONE OF THE PERPETRATORS AND ADVISED HIM THAT HE KNEW WHERE THE PERPETRATOR, DWAYNE WILLIAMS, WAS LOCATED, WHICH WAS 1727 BURDETTE.

WHILE THE OFFICERS WERE PLANNING THEIR STRATEGY THEY OBSERVED THE ARRESTED SUBJECT, DWAYNE WILLIAMS, EXITING 1727 BURDETTE. THE OFFICERS THEN PROCEEDED TO 1727 BURDETTE WHERE THEY DETAINED MR. WILLIAMS UNTIL HE WAS POSITIVELY IDENTIFIED BY THE VICTIM, DAVID WILLIAMS, AS ONE OF THE PERPETRATORS WHO FIRED AT HIM AND SOME FRIENDS EARLIER IN THE EVENING. THE OFFICERS THEN PLACED MR WILLIAMS UNDER ARREST FOR 1 COUNT OF 1ST DEGREE MURDER AND 6 COUNTS OF ATTEMPTED 1ST DEGREE MURDER. MR. WILLIAMS WAS ADVISED OF HIS MIRANDA RIGHTS AT THAT TIME BY OFFICER TALLANT.

THE OFFICERS THEN ATTEMPTED TO INTERVIEW THE RESIDENTS OF 1727 BURDETTE IN AN ATTEMPT TO LOCATE OTHER PERPETRATORS BUT WERE MET WITH NEGATIVE RESULTS AS NO ONE WAS HOME AND ALL DOORS WERE LOCKED.

THE OFFICERS THEN RELOCATED TO THE HOMICIDE OFFICE WITH MR WILLIAMS IN AN ATTEMPT TO OBTAIN A STATEMENT FROM HIM BUT WERE MET WITH NEGATIVE RESULTS.

THE OFFICERS THEN TRANSPORTED MR. WILLIAMS TO CENTRAL LOCK-UP WHERE HE WAS BOOKED ACCORDINGLY.

ANY FURTHER INFORMATION WILL BE FORWARDED IN A SUPPLEMENTAL REPORT.

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| JOEL TALLANT | 1987 | SEAN McCAFFERY | 519 | |

Item # K-33292-93                    PAGE 6 of 6

## Gist

On 11-21-93 at about 10:51 p.m., Victim, known only as "Sky" and David Williams, were in a vehicle at the interseciton of Olive St. and Eagle St.  They were approched by a blue Oldsmobile "88" and a large gold colored old car.  The occupants of these vehicle began firing at the victims, David Williams and Sky.  At that time the victim Sky was struck in the back of the head and back.  The victims then fled the scene and proceeded to Charity Hospital.

While the above victims were being shot at Harris, William, Brumfield, and Daniels were in the middle of the block on Eagle St. Upon witnessing the shooting of Sky and David Williams, Harris , who was driving the 1984 Oldsmobile Cutlass, drove away from the scene. At that time the perpetrators in an Oldsmobile "88" observed them leaving the area and presued them.  Upon reaching the 8400 block of Plam St. the perpetrators fired numerous shots at Harris and his vehicle.  At which time the right rear tire was struck by a bullet and Harris lost control of the vehicle and drove up on the lawn of 8412 Palm Street.  The perpetrators pulled up to the curb in front of 8412 Palm St. and opened fire on Harris and his vehicle which were occupied by William, Brumfield, and Daniels.  One of the bullets missed Harris's vehicle and entered the residence at 8412 Palm St. striking Willie Williams in the upper left leg.

David Williams, knowing the perpetrators directed, Det. Tamborella to 1727 Burdette St., which is the residence of Arthur Wicks, who was one of the surbject firing at the vehicles.  While at that location the arrested subject exited the residence and David Williams identified this subject as a subject known to him as Wayney and was also firing at the vehicle.  This subject was then approched by the arresting officers and placed under arrest.