UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**************************************************

DWAYNE WILLIAMS              * CIVIL ACTION NO.:

                             * 23-01922

versus                       * SECTION O

                             * JUDGE BRANDON S. LONG

JASON WILLIAMS, in his    * DIVISION 1

official capacity, and ABC* MAGISTRATE JUDGE:

INSURANCE COMPANIES 1-10  * JANIS VAN MEERVELD

**************************************************

        The deposition of DWAYNE WILLIAMS, taken

on MONDAY, APRIL 7, 2025, commencing at 9:03 AM,

at 700 Camp Street, New Orleans, Louisiana 70130.


                    * * *


EXHIBIT
**2**

A   That's the only gun I ever had.   11:29AM

Q   So I understand you said that's the only gun you ever had.  Did you ever use anybody else's gun?   11:29AM

A   I've had my mom's gun in my possession before.  My mom had a little 25.  I had that in my possession before.  I took it out of the house one time, but as far as me having a gun, I had that gun for a long time.   11:29AM

Q   What about anybody -- friends or associates or people you hung out with, did they have guns?   11:29AM

A   Yes.   11:29AM

Q   And did they carry guns on their person?   11:29AM

A   Yes.   11:30AM

Q   Did you ever use or carry their guns?   11:30AM

A   No, I always had my own gun.   11:30AM

Q   In November 22, 1993, you were arrested for first-degree murder and six counts of attempted first-degree murder; do you recall this?   11:30AM

A   Yes, I remember being arrested for that.   11:30AM

Q   Do you recall where you were arrested?   11:30AM

A   Where I was at?   11:30AM

Q   Uh-huh.   11:30AM

A   I was arrested at my -- on Burdette   11:30AM

Street.  Burdette and Hickory Street.  Leaving Ms. Karen Rick's house.

Q    Do you recall -- the address was 1727?

A    That could be.  That's -- that could be.

Q    You said Karen Wicks?

A    Karen Ricks.

Q    Ricks?

A    Ricks.

Q    R-i-c-k-s?

A    Yes.

Q    Do you recall what you knew about that shooting when you were arrested?

A    I didn't know anything about it.

Q    Do you know a person by the name of -- or did you know a person by the name of Arthur Wicks, W-i-c-k-s?

A    Arthur Ricks?

Q    Wicks, W-i-c-k-s.

A    No, I don't know.

Q    What about Arthur Ricks?

A    I know Arthur Ricks.

Q    Who's that?

A    That's Karen Rick's brother.

Q    When you were arrested for this incident, where were you taken?

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com     Baton Rouge 225.332.3040

A    I was taken to homicide.

Q    Did you provide a statement?

A    No -- they -- yeah, I gave a statement. I don't know what I said.  They asked me questions.  They questioned me.

Q    And did you -- I understand they questioned you, but did you respond to their questions?  Did you give a statement?

A    No, I didn't give a statement.

Q    Where were you taken after homicide?

A    They took me to -- on the eighth floor in the House of Detention.

Q    Do you recall if anybody else was arrested in connection with that shooting?

A    No.

Q    You don't recall or nobody else was?

A    I don't think nobody else was.  I was the only one.

Q    Do you recall where that shooting took place?

A    I read -- I found out when I read my reports that they gave me, a stack of blue papers in Central Lock Up, and a lot of that information that I accumulated was through newspapers and from telephone calls, when I called home and people was

telling me what all happened.  I didn't know.

Q   So you were aware that two people were killed?

A   Yeah, I got that through newspapers, because it was in a newspaper.

Q   I think it was with Dr. Long -- maybe Mr. Borden.  You described -- was this the arrest you described for -- as an aggravated circumstances regarding gunfire, some people were shot at and my name came up?

A   Yes.

Q   So just so I'm clear your -- the way you're describing it is an aggravated circumstance?

A   The -- when -- when I was arrested, I didn't even know what I was being arrested for.  And the man said, You're being arrested for homicide.  The officer arresting me.  Cause when I was leaving the house -- can I explain -- can I -- when I was leaving the house, knocking on Mr. -- Arthur Rick's and them house and there was no one in there.  So when I got off their porch and was proceeding to go to my house two blocks away, I was swarmed by a bunch of police cars.  And the man jumped up and told me, Freeze.  And jumped out

of his car and said, Freeze. I freeze, put my hand up, he said, What's your name? I said, Dwayne Williams. He said, I'm taking you in for homicide, you know. I'm arresting you for homicide. He handcuffed me to a rail right next door to Ms. Rick's house, and they surrounded that house with guns. And there was no one in the house. The house was empty because I was trying to get in touch with Monica. Monica Ricks is their sister, Arthur Rick's sister. But the house was empty, so they take me down, and they bring -- and they question me about the incident. I couldn't provide them anything because I didn't know anything.

Q What about Arthur Ricks? It says Wicks. How was he associated with this incident?

A I don't know.

Q Did you shoot anybody in regard to this incident?

A No, I didn't shoot -- I've never shot anybody before.

Q You've never shot anybody before?

A No, ma'am.

Q Have you ever shot at anybody?

A The only time I shot at someone is when

-- at the Club Rumors, when I was shot at. 11:33AM

Q   When you were shot at.  And that was your testimony.  The only time -- the only gun that you used was that 380? 11:33AM

A   Yes. 11:34AM

Q   And so I'm just going to enter into evidence Exhibit 4.  And Mr. Williams, I'll represent to you this is the police report in connection with that.  Do you recall how long you were incarcerated on this? 11:34AM

(Exhibit No. 4 marked.) 11:34AM

A   For that? 11:34AM

Q   Yeah. 11:34AM

A   Some couple of months, I don't know -- probably 90 days or whatever. 11:34AM

Q   Do you know why you were released after 90 days? 11:34AM

A   Well, my parole officer told me that the charges were refused. 11:34AM

Q   Do you know why the charges were refused? 11:34AM

A   No. 11:34AM

Q   I want to ask you about the victims in this.  Gerard Brumfield, did you know a person by the name of Gerard Brumfield? 11:34AM

A    No, sir, do not.

Q    Did you know a person by the name of Darrell Harris?

A    Darrell Harris?

Q    Yeah.

A    No, I did not.

Q    And there was an elderly man who was killed, Willy Peter Williams; did you know a person by that name?

A    I knew about him through the newspaper articles.

Q    So you were sent to jail for this.  Did you know the person who identified you?

A    No.

Q    Did you become aware of the person who identified you?

A    I didn't know anything about the case, other than the fact that I was being charged and the information that I knew -- I was in the newspaper twice.  They had me front page of the newspaper twice.

Q    Did Arthur live with, I think you said Karen, the house you were at --

A    That's his mother's house.

Q    That's his mother's house?  Okay, did he

live there?

A    I don't know.  Arthur had a girlfriend named Sherita [sounds like].  I think he lived -- Sherita lived across the street from Crockett Elementary on General Taylor, so I don't know if he was living with her or living with his mother.

Q    And did you know what this shooting was over?

A    No, ma'am.  I don't know anything about the shooting.

Q    What were you doing at Arthur's house that day, or his mom's house that day?

A    His niece Ashley is my cousin.  That's my Uncle Melvin Johnson's daughter.  So they're like family.  Their family like family to me.  I'm always at that house every day because I always have Ashley with me all the time.

Q    And what was he involved with?

A    What Arthur was involved with?

Q    Yeah, yeah.

A    I don't know what Arthur was involved with.

Q    Was he selling drugs?

A    I don't know.

Q    Was he possessing guns?

A    I don't know.

Q    In response to this incident you told Dr. Lawing, When things go down, you don't snitch, you just take the fall.  On that one everything was dropped, though.  What does that mean, when things go down?

A    Yeah, if you commit a crime and you get busted and you do a crime with somebody or whatever, down the line, you know, if you get caught, you don't tell.  That's a golden rule. That's been a golden rule.  That's how we was raised up.  I explained that to Ms. Lawson because that's how we was taught.

Q    What did you know about this to not say?

A    I didn't know anything about that case.

Q    And so why would you say you don't snitch, you just take the fall?

A    I told her -- that was in general -- that wasn't pertaining to that particular incident.

Q    It was not?

A    No, it was in general.

Q    Let me to show you.  One second.

MS. PORTER:  Inga, do you have a Bates numbered version of Exhibit 4, just to