# *Kathryn Lawing, PhD*

## Lawing Psychology, LLC
### Forensic Psychology

September 3, 2024

# *FORENSIC PSYCHOLOGICAL EVALUATION*

*Dwayne Williams v. Jason Williams and ABC Insurance Companies 1-10*

*Civil Action # 23-01922*
*United States District Court*
*Eastern District of Louisiana*

**EXHIBIT 3**

*1168 LOST ELK CIRCLE, CASTLE ROCK, CO 80120 / 504.289.5995 / KATHRYNLAWING@GMAIL.COM / LAWINGPSYCHOLOGY.COM*

Stephen Kelson, Esq.
Re: *Dwayne Williams v. Jason Williams et al.*
September 3, 2024
Page 37 of 118

…The only thing that was discomforting to me was being incarcerated with my father. That was a new experience; to be doing time with my father was something that was strange at first because we had no relationship. I wasn't sad or depressed or anything like that. I may get sad when I called home and I knew my grandmother might be sick, but I was still in my teens and doing things teenagers did. I knew I was coming home after two-and-a-half years and I knew I was going to be okay...

…Sure, I felt jumpiness the first few months when I was there. I didn't know what that jail was like and I had to be on guard at first. It was just like going into the unknown. It all ended within about two months. I got comfortable and understood the routines there and I joked and went to work and we played dominoes. All the things you hear about guys doing in jail: working out, playing dominos, shooting the breeze. It was easy. So, that anxiety only lasted a very short while, just as I was getting adjusted. It went away when I knew what to expect after some weeks."

## ADULT BEHAVIORAL & LEGAL HISTORY

Mr. Williams noted that after he served time at the Rayburn Correctional Center, he "was done with all that lifestyle. Everything I was doing as a teen was how I was brought up. I was bad as a teen, real [sic] bad. But all that stopped after that 30-month sentence. I came home and wanted to get a job and was planning on asking my then-girlfriend, Shanika Miller, to marry me… You have to understand that all the fooling around I did as a teen, all that was not me. It was me trying to figure out where I belonged as a teenager. All that was past-me. I stopped doing the car thing when I was a teenager. That all was before 1988. I got all that out of my system when I was a juvenile; I was doing things back to back to back. I was impulsive as a teenager, and hasty. My intentions were good though; I thought I was doing right by my mom or my friends. I just didn't know what I was supposed to be doing with my life or with my work. Once I got out of jail, I felt like I knew the path forward and

Stephen Kelson, Esq.
Re: *Dwayne Williams v. Jason Williams et al.*
September 3, 2024
Page 38 of 118

that street life wasn't for me. I was never a malicious person out to hurt people. That armed robbery situation was really a simple robbery and we beat him up. I didn't arm rob him."

Mr. Williams stated that he was arrested three additional times prior to his incarceration at Angola. He noted, "one was for aggravated circumstances regarding gunfire... Some people were shot at and I had my name come up. Those charges were dropped... I was hanging out with some rough dudes. And when things go down, you don't snitch. You just take the fall. On that one, everything was dropped though."

Mr. Williams also noted, "Before I went to Angola, I was caught with a gun. A convicted felon with a firearm. The police saw me talking to a guy at the sixth district police station. And they locked me up because they thought I was a codefendant with a car theft."

The third arrest prior to the LSP was when "someone said I had stolen something, and again, I took the fall. I was so bad as a teenager and had this really bad reputation. Anything that would happen within 50 yards from me, I would get the charge for it. That's just how bad I was as a teen. I had this terrible reputation, because I had done all this bad stuff, all the car theft and all that mess... and I just took the hit on that one even though that wasn't me. I was cleaning up my act and trying to start my life and figuring out the path forward."

Mr. Williams reported that he sold drugs "only one time and I sold to a pregnant lady. I didn't realize she was pregnant and that messed me up. Her brother came to me and asked me why I sold to her because she's pregnant and I never did that again. It was only one time."

In 1995, Mr. Williams was 24-years-old when he was convicted of first-degree murder and sentenced to life in prison without the benefit of probation or parole. He never received new charges while in the Louisiana State Penitentiary. He has had no